IN THE UNITED STATES DISTRICT COURT FOR
THE SOUTHERN DISTRICT OF GEORGIA
WAYCROSS DIVISION

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | ) | |
| | ) | |
| vs. | ) | Case No. CR506-06-04 |
| | ) | |
| ERIC DEWAYNE BONEY | ) | |

## ORDER

IT IS HEREBY ORDERED that the Clerk of the United States District Court for the Southern District of Georgia shall cancel the appearance bond on behalf of Defendant and exonerate the obligor thereon.

The Clerk is hereby **DIRECTED** to return the $1,000.00, with any accrued interest, to Pearl Durham Boney, 121 N. Walden Avenue, Fitzgerald, Georgia 31750.

SO ORDERED, this 19th day of December 2016.

_____
WILLIAM T. MOORE, JR., JUDGE
UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF GEORGIA